The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BOARD OF TRUSTEES OF THE UNITED EMPLOYEES BENEFIT TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WESCO DISTRIBUTION, INC., a Pennsylvania corporation, Washington UBI No. 605 518 546,<br><br>　　　　　　　Defendant. | NO.  2:20-cv-01552-RSM<br><br>**STIPULATION AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES** |
|---|---|

This Stipulated Dismissal is entered into between plaintiff Board of Trustees of the United Employees Benefit Trust and defendant Wesco Distribution, Inc.  The parties hereby stipulate to a judgment of dismissal of all claims and causes of action by plaintiff without prejudice and without attorney fees or costs to any parties.

Stipulated by:

| Barlow Coughran Morales & Josephson, P.S.<br>Attorneys for Plaintiff | Seyfarth Shaw LLP<br>Attorneys for Defendant Wesco Distribution, Inc. |
|---|---|
| _/s/ Noelle E. Dwarzski_<br>Noelle E. Dwarzski, WSBA #40041 | _/s/ Molly Gabel (with permission)_<br>Molly Gabel, WSBA #47023 |

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL - 1

1500 003 dm08dv01cy

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



## ORDER

NOW THEREFORE, it is hereby ordered and adjudged that defendant Wesco Distribution, Inc. and this action are hereby dismissed without prejudice and without costs or attorney fees to any parties.

DATED this 9th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| Barlow Coughran Morales & Josephson, P.S. Attorneys for Plaintiff | Seyfarth Shaw LLP Attorneys for Defendant Wesco Distribution, Inc. |
|---|---|
| /s/ Noelle E. Dwarzski  Noelle E. Dwarzski, WSBA #40041 | /s/ Molly Gabel (with permission)  Molly Gabel, WSBA #47023 |

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL - 2

1500 003 dm08dv01cy

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



1

## CERTIFICATE OF SERVICE

2

3

    I hereby certify under penalty of perjury under the laws of the State of Washington that on this 8th day of December, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter.

4

5

    Dated this 8th day of December, 2020, at Seattle, Washington.

6

                   /s/ Noelle E. Dwarzski
                  Noelle E. Dwarzski, WSBA #40041

7

                  BARLOW COUGHRAN
                  MORALES & JOSEPHSON, P.S.
                  Attorneys for Plaintiff Trust

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL - 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1500 003 dm08dv01cy

